IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR98

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | <u>O R D E R</u> |
| | ) | |
| GABRIEL G. REYES | ) | |

**THIS MATTER** is before the Court on the Defendant's appeal of his conviction and sentence entered by the Magistrate Judge on August 29, 2008. *See Judgment in a Criminal Case, filed September 4, 2008.*

**IT IS, THEREFORE, ORDERED** that the Defendant shall file brief on appeal on or before 30 days from entry of this Order and the Government shall file a brief in response thereto on or before 30 days after the filing of the Defendant's brief.

Signed: September 11, 2008

Lacy H. Thornburg
United States District Judge