# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Gabriel G. Reyes

**AMENDED**
JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: F3753789

FILED
ASHEVILLE, N.C.

DEC 1 8 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

James Kilbourne, Jr.
Defendant's Attorney

**THE DEFENDANT:**

__ Pleaded guilty to count(s)
__ Pleaded guilty to violation(s)
X  pleaded not guilty to count(s) F3753789
__ Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 36 CFR 261.6(a) | No Valid Permit | 08/22/08 | F3753789 |

__ Counts(s) (is)(are) dismissed on the motion of the United States.
__ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
__ Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for a period of SIX (6) MONTHS.

The defendant is to pay court appointed attorney fees in the amount of $1,350.00, $10 assessment and $25 processing fee. All monies due by April 30, 2009 .

The defendant is banned from all federal lands except for use of main thoroughfares for a period of 5 years. The defendant is not to harvest galax for a period of FIVE (5) YEARS.

Date of Imposition of Sentence: 08/29/08

Dennis L. Howell, United States Magistrate Judge

Date Signed: _Deder 17, 2008_

## RETURN

I have executed this Judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

By _____

United States Deputy Marshal